NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

NIJI KEMP CARRINGTON,
DOC #T71280,

        Appellant,

v.                               Case No. 2D18-2157

STATE OF FLORIDA,

        Appellee.

Opinion filed June 26, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco, Judge.

Niji Kemp Carrington, Pro se.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.

PER CURIAM.

        Affirmed.

NORTHCUTT, KELLY, and KHOUZAM, JJ., Concur.